| | |
|---|---|
| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK<br>COUNTY OF | **AFFIDAVIT OF SERVICE**<br>ATTORNEY: BERGSTEIN<br>FF/INDEX #:<br>DATE FILED: 9/14/07<br>DOCKET #:<br>CASE NO.: 07 CIV. 8094<br>JUDGE KARAS |

**LORITZ MELENDEZ**

Plaintiff(s)/Petitioners(s)

- AGAINST -

**AMERICAN RED CROSS OF WESTCHESTER COUNTY AND AMERICAN RED CROSS OF DUTCHESS COUNTY**

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

## STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **10/2/07** at **3:34 PM** at **103 HOOKER AVENUE POUGHKEEPSIE, NEW YORK 12601**

deponent served the within **SUMMONS IN A CIVIL CASE, COMPLAINT, INDIVIDUAL RULES OF PRACTICE OF JUDGE KARAS & PROCEDURES FOR ELECTRONIC CASE FILING**

on **AMERICAN RED CROSS OF DUTCHESS COUNTY** therein named

**CORPORATION** ☑ By delivering to and leaving with **WILLIS MCCREE** so served to be the **GENERAL AGENT** and that he knew the person of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE     THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

**MALE, WHITE SKIN, BLONDE HAIR, 45-55 YRS., 6'1"-6'3", 225-255 LBS.**

Other identifying features:

**GLASSES**

Sworn to before me on: **10/4/07**

JULIO PERILLA

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958