STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV~~~~   AND FILED ON   9/14/2007

| | |
|---|---|
| LORITZA MELENDEZ<br><br>Vs.<br><br>AMERICAN RED CROSS OF WESTCHESTER COUNTY, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **10/5/2007** at **12:15PM**, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT, INDIVIDUAL RULES OF PRACTICE OF JUDGE KARAS & Procedures for Electronic Case Filing (herein called recipient) therein named.

Party Served: AMERICAN RED CROSS OF WESTCHESTER COUNTY

At Location: 106 NORTH BROADWAY
WHITE PLAINS NY 10603

By delivering to and leaving with **ED ROBERTSON** and that deponent knew the person so served to be the **CHIEF EXECUTIVE OFFICER** of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M   Color of Skin: WH   Color of Hair: GRAY
Age: 55/60   Height: 5'11"
Weight: 240   Other Features: MOUSTACHE, GOATEE, GLASSES

Sworn to before me on 10/9/2007

_(signature)_                       John Axelrod
                                    Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4807052
Qualified in Westchester County
Commission Expires September 30, 2010