*Karas, J.*

NOV - 7 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LORITZA MELENDEZ,

                Plaintiff,

                - against -

AMERICAN RED CROSS OF WESTCHESTER
COUNTY and AMERICAN RED CROSS OF
DUTCHESS COUNTY,

                Defendants.

------------------------------------------------------------x

07 CIV. 8094 (KMK)

**STIPULATION**

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that defendants' time to answer, move or otherwise respond to the complaint is extended to and including November 27, 2007.

New York, New York
November 6, 2007

BERGSTEIN & ULLRICH, LLP

By: *Stephen Bergstein*
Stephen Bergstein

15 Railroad Avenue
Chester, New York 10918
(845) 469-1277
Attorney for Plaintiff

EPSTEIN BECKER & GREEN, P.C.

By: *Ann L. Moscow*
Kenneth W. DiGia, Esq.
Ann L. Moscow, Esq.

250 Park Avenue
New York, New York 10177-0077
(212) 351-4500
Attorneys for Defendants

SO ORDERED:

*Kenneth M. Karas*
Honorable Kenneth M. Karas
United States District Judge

Date: November 7, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```