EPSTEIN BECKER & GREEN, P.C.
Ann L. Moscow, Esq.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
LORITZA MELENDEZ,

      Plaintiff,

  - against –

AMERICAN RED CROSS OF WESTCHESTER
COUNTY and AMERICAN RED CROSS OF
DUTCHESS COUNTY,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ECF Filing
Case No.: 07 CIV. 8094(KMK)

NOTICE OF APPEARANCE

TO THE CLERK:

  PLEASE TAKE NOTICE THAT Ann L. Moscow of EPSTEIN BECKER & GREEN, P.C. hereby enters an appearance as counsel for Defendants in the above-captioned matter. Please direct all correspondence and notices accordingly.

Dated: January 22, 2008
   New York, New York

          EPSTEIN BECKER & GREEN, P.C.

         By: _____/s/ Ann L. Moscow_____
          Ann L. Moscow
         250 Park Avenue
         New York, New York 10177-1211
         (212) 351-4500
         Attorneys for Defendants

- 2 -

To:   Stephen Bergstein. Esq.
      Bergstein & Ullrich, LLP
      15 Railroad Avenue
      Chester, NY  10918
      Counsel for Plaintiff

- 2 -