EPSTEIN BECKER & GREEN, P.C.
Kenneth W. DiGia, Esq.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

LORITZA MELENDEZ,

                        Plaintiff,

- against –

AMERICAN RED CROSS OF WESTCHESTER
COUNTY and AMERICAN RED CROSS OF
DUTCHESS COUNTY,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ECF Filing
Case No.: 07 CIV. 8094(KMK)

NOTICE OF APPEARANCE

TO THE CLERK:

        PLEASE TAKE NOTICE THAT Kenneth W. DiGia of EPSTEIN BECKER & GREEN, P.C. hereby enters an appearance as counsel for Defendants in the above-captioned matter. Please direct all correspondence and notices accordingly.

Dated: January 22, 2008
       New York, New York

                                      EPSTEIN BECKER & GREEN, P.C.

                                      By: _____/s/ Kenneth W. DiGia_____
                                          Kenneth W. DiGia
                                      250 Park Avenue
                                      New York, New York 10177-1211
                                      (212) 351-4500
                                      Attorneys for Defendants

- 2 -

To:    Stephen Bergstein. Esq.
        Bergstein & Ullrich, LLP
        15 Railroad Avenue
        Chester, NY  10918
        Counsel for Plaintiff