# BERGSTEIN & ULLRICH, LLP

- ATTORNEYS AT LAW -

15 RAILROAD AVENUE • CHESTER, NEW YORK 10918
TELEPHONE (845) 469-1277
FACSIMILE (845) 469-5904
E-MAIL: thefirm@tbulaw.com
www.tbulaw.com

Stephen Bergstein
Helen G. Ullrich

*Of Counsel*
Christopher D. Watkins

March 27, 2008

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re: Melendez v. Westchester County Chapter of American Red Cross
07 Civ. 8094 (KMK)

Dear Judge Karas:

This firm represents plaintiff in the above-styled case. A pre-motion conference has been scheduled for April 11, 2008 in connection with defendants' contemplated Rule 12 motion. I learned today that I am scheduled to argue two appeals in the Appellate Division on Brooklyn on April 11, 2008. The cases are Luft v. Luft, 2006-11257 and Old Republic National Title Insurance Company v Luft, 2006-11130. For this reason, I am respectfully requesting that the pre-motion conference be adjourned. This is our first request to adjourn the April 11, 2008 conference date. Counsel for defendants consents to this request.

Very truly yours,

Stephen Bergstein

cc: Ann Moscow, Esq.
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, N.Y. 10177-1211
Counsel for defendants

Conference is adjourned until May 1, 2008, at 2:00 pm.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
3/31/08