UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LORITZA MELENDEZ,

       Plaintiff,

   – against –

WESTCHESTER COUNTY CHAPTER OF THE
AMERICAN RED CROSS and DUTCHESS COUNTY
CHAPTER OF THE AMERICAN RED CROSS,

       Defendants.
------------------------------------------------------------x

07 CIV. 8094 (KMK)

**STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for defendants Westchester County Chapter of the American Red Cross, and the Dutchess County Chapter of the American National Red Cross identify the following parent corporation and any publicly held corporation that owns 10% or more of either defendant's stock: None.

New York, New York
April 14, 2008

          EPSTEIN BECKER & GREEN, P.C.

          By: /s/ Ann L. Moscow
            Ann L. Moscow
            Kenneth W. DiGia
          250 Park Avenue
          New York, New York 10177-1211
          Tel. No.: (212) 351-4500
          Fax No.: (212) 661-0989
          Attorneys for Defendants

NY:2540485v1

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on April 14, 2008, I presented Defendants' Statement pursuant to Federal Rule of Civil Procedure 7.1 to the Clerk of the Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record: Stephen Bergstein, Esq., Bergstein & Ullrich, LLP, 15 Railroad Avenue, Clinton, NY 10918, counsel for plaintiff.

      /s/ Ann L. Moscow
      Ann L. Moscow
      Attorney for Defendants


EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500 Telephone
(212) 661-0989 Facsimile
Email: amoscow@ebglaw.com