UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Loritza Melendez,

                 Plaintiff(s),

-against-

Westchester County Chapter of the
American Red Cross and Dutchess County
Chapter of the American Red Cross,

                 Defendant(s).

------------------------------------------------------------X

07 Civ. 8094 (KMK) (GAY)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

The above entitled action is referred to the Honorable George A. Yanthis, United States Magistrate Judge for the following purpose(s):

   ✓  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

_____ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_____ Settlement*

_____ Inquest After Default/Damages Hearing

_____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

_____ Habeas Corpus

_____ Social Security

_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: May 7, 2008

SO ORDERED

_____
Hon. Kenneth M. Karas
United States District Judge